P.O. Box 320006
Birmingham, AL  35222-1308

|  | Creditor: | Turnstile Capital Management LLC. |
|---|---|---|
|  | Product Group: | CM-SLX-NPSL-2010-1 OOS |
|  | Agency Identification #: | TCM57300 |
10/02/2017 | Account Balance: | $26,148.51 |
|  | Date of Notice: | 10/02/2017 |
|  | Creditor Account #: | XXXXXXXXXXXXXXXX-001 |

*******************AUTO**MIXED AADC 350
RENEE KNAPTON                T15  P1
14089 SILVER HILL RD
SUMERDUCK, VA 22742-2119

Your account has been assigned to Professional Bureau of Collections of Maryland, Inc.

Notice is hereby given that the above referenced account has been referred to this office for collection activity. If you are represented by an attorney in regards to this debt, print his or her name, address and phone number on the stub of this letter and return it to our branch office located at 11050 Olson Drive, Suite 240, Rancho Cordova, CA 95670.

We trust that your intention is to settle this long overdue debt, if you wish to make arrangements to pay this debt you may contact our office at (916) 685-3399 or (800) 866-2528.

Our office hours are: Monday - Thursday 7:00 am - 7:00 pm, Friday 7:00 am - 5:00 pm, Saturday 7:00 am - 11:00am Mountain Standard Time

This notice is sent by a professional debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,

Mr. Erik Brec    ll
Debt Collecto

If you would    to make your payment online, go to www.pbccorp.com

Unless yo    y this office v  thin 30 days after receiving this notice that you dispute the validity of the debt or any portion th       is office    assume the debt is valid. If you notify this office in writing within 30 days after receiving       e that     sp    the validity of this debt or any portion thereof, this office will: Obtain       ificat     a         opy of a judgment and mail you a copy of such judgment or verification. If you reques       offi      ting wit    30 days after receiving this notice, this office will provide you with the name and addre       the    al credit   if different from the current creditor.

---

TO REMIT PAYMENT, SEPARATE AND RETURN BOTTOM PORTION WITH YOUR PAYMENT TO OUR PAYMENT PROCESSING CENTER AT P.O BOX 4157, GREENWOOD VILLAGE, CO 80155.

Have you filed Bankruptcy    ☐ Yes  ☐ No
Case #_____  Discharge Date __/__/__
Please Note: If your current address differs from that shown above please indicate any changes below:

|  | Creditor: | Turnstile Capital Management LLC. |
|---|---|---|
|  | Product Group: | CM-SLX-NPSL-2010-1 OOS |
|  | Agency Identification #: | TCM57300 |
|  | Account Balance: | $26,148.51 |
|  | Date of Notice: | 10/02/2017 |
|  | Creditor Account #: | XXXXXXXXXXXXXX-001 |
|  | Agency Phone Number: | (800) 866-2528 |

To receive email communications, provide your address below:
_____ @ _____

RENEE KNAPTON
14089 SILVER HILL RD
SUMERDUCK, VA 22742-2119

IF PAYING BY DEBIT CARD, FILL OUT BELOW
NAME AS IT APPEARS ON CREDIT CARD

BILLING ADDRESS

☐ VISA   ☐ MASTERCARD

CARD NUMBER          EXP DATE    AMOUNT

SIGNATURE            PHONE # REQUIRED

Professional Bureau of Collections of Maryland, Inc.
PO Box 4157
Greenwood Village, CO 80155

EXHIBIT __A__